**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# **M E M O R A N D U M**

**TO:**      Greg Langham, Clerk
             Attn: Kathy Triplett

**FROM:**    Judge John L. Kane

**DATE:**    July 12, 2011

**RE:**      Criminal Action No. **11-cr-274-JLK**


　　Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.